| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:88CR01026-007 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Terence Alan Fitzwater Albuquerque, New Mexico | DISTRICT Florida Northern | DIVISION Gainesville |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Maurice M. Paul | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 05/13/2008 · TO 05/12/2013 |

OFFENSE

Count 2: Conspiracy to Import Controlled Substance Into the United States, to-wit: Marijuana, Hashish Oil and Cocaine

Count 33: Conspiracy to Transport, Transmit or Transfer Monetary Instruments or Funds Out of the U.S. With Intent to Promote the Carrying on of a Specified Unlawful Activity, to-wit: 21 USC 952 and 963

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Mexico upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*March 5, 2009*
Date

*/s/ Maurice M. Paul*
Maurice M. Paul
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of New Mexico

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/25/09
Effective Date

*/s/*
United States District Judge